UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Camille A. Abboud,<br><br>        Plaintiff,<br><br>v.<br><br>Xcel Energy Inc., Xcel Energy Services, Benjamin G.S. Fowke III, Marvin E. McDaniel, Darla Figoli, Thomas A. Imbler, Kent T. Larson, Scott M. Wilensky, Teresa S. Madden, Richard C. Kelly, John (Jack) S. Dybalski, David M. Sparby, Judy M. Poferl, Lynn Casey, Richard K. Davis, James J. Sheppard, David A. Westerlund, Kim Williams, Timothy V. Wolf, Daniel Yohannes, Richard T. O'Brien, David K. Owens, Christopher J. Policinski, James T. Prokopanko, A. Patricia Sampson,<br><br>        Defendants. | Civil File No. 19-cv-2826 (PJS/TNL)<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Camille Abboud and Defendants Xcel Energy Inc., Xcel Energy Services, Benjamin G.S. Fowke III, Marvin E. McDaniel, Darla Figoli, Thomas A. Imbler, Kent T. Larson, Scott M. Wilensky, Teresa S. Madden, Richard C. Kelly, John (Jack) S. Dybalski, David M. Sparby, Judy M. Poferl, Lynn Casey, Richard K. Davis, James J. Sheppard, David A. Westerlund, Kim Williams, Timothy V. Wolf, Daniel Yohannes, Richard T. O'Brien, David K. Owens, Christopher J. Policinski, James T. Prokopanko, and A. Patricia Sampson hereby stipulate to dismiss this case with prejudice and without an award of costs or attorneys' fees to any party.

*[Signature page follows]*

1

Dated: October 19th, 2020

*[signature]*
Camille A. Abboud
46 Chandler Dr.
Saint Johns, Florida 32259
camilleabboud2013@gmail.com
(423) 499-9090

Plaintiff

Dated: October 21st, 2020

MARTINEZ LAW GROUP, P.C.

By *[signature]*
Meghan W. Martinez, *admitted pro hac vice*
Dayna L. Dowdy, *admitted pro hac vice*
Sarah G. Nolan, *admitted pro hac vice*
720 South Colorado Blvd.
South Tower, Suite 1020
Denver, CO 80246
Telephone: (303) 597-4000
Facsimile: (303) 597-4001
martinez@mlgrouppc.com
dowdy@mlgrouppc.com
nolan@mlgrouppc.com

DORSEY & WHITNEY LLP

Melissa Raphan (#0182795)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
raphan.melissa@dorsey.com

Attorneys for Defendants