UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CAMILLE A. ABBOUD, | Case No. 19-CV-2826 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| XCEL ENERGY INC., et al., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on October 21, 2020 [ECF No. 36],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: October 22, 2020

*(signature)*
Patrick J. Schiltz
United States District Judge